UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINSTON SHINES,

    Plaintiff,

v.

WAYNE STATE UNIVERSITY,
A Michigan Corporation,

    Defendant.

Case No: 15-cv-11599

Hon. Gershwin A. Drain

---

Lance W. Mason (P43926)
LANCE W. MASON, P.C.
Attorneys for Plaintiff
615 Griswold, Suite 901
Detroit, Michigan 48226-3894
(313) 967-9016 (office)
(313) 964-4789 (facsimile)
lancewmason@yahoo.com

Elizabeth P. Hardy (P37426)
Thomas J. Davis (P78626)
KIENBAUM OPPERWALL HARDY
& PELTON, P.L.C.
Attorneys for Defendant
280 North Old Woodward Avenue
Suite 400
Birmingham, Michigan 48009
(248) 645-0000
(248) 645-1385 (facsimile)
ehardy@kohp.com
tdavis@kohp.com

---

**Tab A to Defendant's Motion for Summary Judgment**

**EXCERPTS FROM THE DEPOSITION TRANSCRIPT
OF LOUIS LESSEM**

**FILED UNDER SEAL**